# Third District Court of Appeal

## State of Florida

Opinion filed June 7, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2176
Lower Tribunal No. 08-13520
_____

**Laguan Ward,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dennis J. Murphy, Judge.

Laguan Ward, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SALTER, FERNANDEZ and LUCK, JJ.

LUCK, J.

Laguan Ward appeals the trial court's order prohibiting him from filing further pro se motions without a member of the Florida Bar certifying that they are

in good faith. The trial court's order was rendered on August 4, 2016. Ward's notice of appeal was placed in the Calhoun Correctional Institution's mailbox on September 16, 2016.[1] The rules of appellate procedure, however, "requir[e] the filing of a notice of appeal within 30 days from the rendition of the order to be reviewed." Harris v. State, 88 So. 3d 167 (Fla. 3d DCA 2012) (citing Fla. R. App. P. 9.140(b)(3)). This requirement is jurisdictional, and the failure to file a timely notice compels us to dismiss the appeal. See Dominguez v. State, 197 So. 3d 1199-200 (Fla. 3d DCA 2016) ("We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed. The order on appeal was rendered on September 16, 2015, and Appellant's notice of appeal was filed on October 19, 2015, more than thirty days past the date of rendition. Accordingly, because this Court lacks jurisdiction, we dismiss this appeal as untimely." (footnote omitted)). That is what we must do here.

Appeal dismissed.

---

[1] Ward did not file a motion that would have pushed back the rendition date of the August 4 order. See Fla. R. App. P. 9.020(i) (listing motions that affect rendition).